AO 442 (Rev. 11/11) Warrant for Arrest

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Sept 25, 2024 2:18 PM
Lucy H.Carrillo, Clerk of Court

# UNITED STATES DISTRICT COURT
## District of Hawaii

UNITED STATES OF AMERICA

V.

ROBERT SILVA

(Name and Address of Defendant)

WARRANT FOR ARREST

Case Number: CR 24-00052 HG

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST ROBERT SILVA and bring him or her forthwith to the nearest district/ magistrate judge to answer an Indictment, charging him or her with (brief description of offense)

Count 1: Receipt of Child Pornography
Count 2: Possession of Child Pornography

• in violation of Title 18 United States Code, Section(s) 2252A(a)(2)(A) and (b)(1), 18:2252A(a)(5)(B) and 2252A(b)(2)

Date: September 19, 2024

Location: Honolulu, Hawaii

Lucy H. Carrillo, Clerk of Court
Name and Title of Issuing Officer

/S/Lucy H. Carrillo by deputy clerk EA
Prepared/Signed By:

By: Rom Trader, United States Magistrate Judge

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| Date Received | 09/23/24 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|---|
| Date of Arrest | 09/25/24 | Andrea Gordner Special Agent | [signature] |